**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone:  (510) 523-4702**
**Facsimile:    (510) 747-1640**

Counsel for the
United States of America, Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **C07-00998 SLM (LB)** |
| Plaintiff, | **PLAINTIFF'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT RE POST JUDGMENT MATTER NOTIFYING THAT THE DEBT UNDERLYING THE JUDGMENT IS DISCHARGED IN ITS ENTIRETY, AND** ~~PROPOSED~~ **ORDER THEREON** |
| v. | |
| **LINDA PENELTON aka LINDA J. PENELTON**, | |
| Defendant, | |
| and | |
| **KAISER PERMANENTE**, | |
| Garnishee. | Case Management Conference Date: October 1, 2015 Time: 2:30 P.M. Courtroom C, 15th Floor 450 Golden Gate Avenue San Francisco, CA |

**PLAINTIFF'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT RE POST JUDGMENT MATTER NOTIFYING THAT THE DEBT UNDERLYING THE JUDGMENT IS DISCHARGED IN ITS ENTIRETY,  AND PROPOSED ORDER THEREON**

This is a plaintiff's CMC statement supplemental to the interim statement filed

September 24, 2015, as docket # 20.

The debt underlying the judgment in the above entitled matter has been discharged

by the US Department of Education.

Accordingly, plaintiff requests that the court issue an order that:

(1) The debt underlying the judgment in the above entitled matter be and hereby is discharged;

(2) The Writ of Continuing Garnishment issued July 30, 2015, as docket # 12, be and hereby is quashed;

(3) The Garnishee, Kaiser Permanente, shall return to the defendant/judgment debtor, Linda Penelton, all funds withheld pursuant to the Writ of Continuing Garnishment; and

(4) The CMC hearing set for October 1, 2015, at 2:30 P.M., be and hereby is withdrawn from the court's calendar.

Respectfully submitted.

September 29, 2015                    _____/s/_____
                                     Michael Cosentino, Counsel for the United States

**IT IS SO ORDERED**

Dated: _September 30, 2015_          _____
                                     LAUREL BEELER, MAGISTRATE JUDGE
                                     UNITED STATES DISTRICT COURT